*Mr. J. Peter P. Healy,* for Respondent.

---

No. 5,968.—STATE ex rel. ADELINE S. HOFFMAN, Relatrix, *v.* DISTRICT COURT et al., Respondents.

Original application for a writ of supervisory control directed to the District Court of Gallatin County and Ben B. Law, Judge thereof, to review an order made by respondents

in an action for divorce in which relatrix was plaintiff, citing plaintiff for contempt for disobeying an order made in said action.

Decided May 26, 1926.

PER CURIAM.—The application for relatrix for a writ of supervisory control is denied.

*Mr. Frank M. Gray,* for Relatrix.